UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SAMUEL ANTHONY ACINELLI, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>BLACKMON, et al.,<br><br>    Defendants. | No. ED CV 13-381-AB (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 20, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE